IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | NO. 03 CR 40017 |
| vs. | ) | |
| | ) | |
| JEFFEY ARROYO, | ) | |
| Defendant. | ) | |
| | ) | |

MOTION TO DISMISS

NOW COMES the United States by and through the undersigned and hereby moves this court to dismiss the above-entitled matter with prejudice.

/s/Mary L. Fuhr
Mary L. Fuhr
Special Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED THAT the above-entitled matter is dismissed with prejudice.

_____          _____
Date                                                   JUDGE JOHN GORMAN