E-FILED
Thursday, 05 July, 2007  03:07:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JEFFEY ARROYO,<br>Defendant. | NO. 03 CR 40017 |

MOTION TO DISMISS

NOW COMES the United States by and through the undersigned and hereby moves this court to dismiss the above-entitled matter with prejudice.

/s/Mary L. Fuhr
Mary L. Fuhr
Special Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED THAT the above-entitled matter is dismissed with prejudice.

7/5/07
Date

S/John A. Gorman
JUDGE JOHN GORMAN